ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

September 14, 2026

**<u>By ECF</u>**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: United States v. Alexey Sokolov
26 Cr. 414 (JAV)

Dear Judge Vargas:

I represent Alexey Sokolov, the defendant in the above-named matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that your Honor authorize the appointment of my associate, Rachel Perillo, Esq., as associate counsel in this matter to assist me in various aspects of the case.

Ms. Perillo is an associate at my law office and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York. It is expected that her assistance will be needed in Mr. Sokolov's case for various reasons, including to help review the voluminous discovery in this matter, to meet with Mr. Sokolov at the Brooklyn Metropolitan Detention Center, as well as to assist in legal research, the preparation of pretrial motions, and at trial, if necessary. Ms. Perillo's assistance would also be more cost-effective at the CJA associate rate of $137.00 per hour, and her work would not be duplicative. If the Court grants this application, it is respectfully requested that Ms. Perillo be approved at the CJA rate of $137.00 per hour, nunc pro tunc to August 18, 2026.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: September 15, 2026