**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 29, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Alexey Sokolov*, 26 Cr. 414 (JAV)**

Dear Judge Vargas:

The Government writes regarding the pretrial conference scheduled to occur later today (October 29) in the above-referenced matter. The Government inadvertently failed to arrange for the U.S. Marshals to produce the defendant from MDC Brooklyn, and the U.S. Marshals have informed the Government that they are unable to accommodate a production request now. The Government sincerely apologizes for this oversight. Following conversations with defense counsel and a member of your Honor's chambers regarding a mutually agreeable date for rescheduling the conference, the Government respectfully requests that the conference be rescheduled to **December 15, 2026, at 4:30 p.m.** In addition, the Government respectfully requests that the time between today and December 15, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial as the proposed exclusion will allow the defendant time to review discovery and the parties an opportunity to discuss the possibility of a pretrial resolution. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: [signature]
Joseph H. Rosenberg
Assistant United States Attorney
Southern District of New York

The request for adjournment is granted. The status conference set for October 29, 2026 is adjourned to December 15, 2026 at 4:30 pm. Time is excluded under the Speedy Trial Act until that date.

SO ORDERED.

Dated: October 29, 2026

[signature]
JEANNETTE A. VARGAS
United States District Judge

cc: All Counsel of Record (by ECF)